# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE GROSDIDIER, | ) |
| PERSONALLY AND AS CLASS REPRESENTATIVE, | ) |
| 1811 T Street, NW | ) |
| Washington, D.C.  20009 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 07-1551 (ESH)** |
| | )    **Electronic Case Filing** |
| JAMES K. GLASSMAN,, | ) |
|    CHAIRMAN, BROADCASTING BOARD OF | ) |
|    GOVERNORS, | ) |
| 330 Independence Avenue, SW | ) |
| Washington, D.C.  20237 | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

# NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter  the appearance of Assistant

United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned

case.

Respectfully submitted,

/s/
_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

Dated:  November 9, 2007

Annette Dennis
Paralegal Specialist