UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CAMILLE GROSDIDIER *et al.*,        )
                                    )
      Plaintiffs,           )
  v.                                )  Civil Action No. 07-1551 (ESH)
                                    )
JAMES K. GLASSMAN, Chairman of the  )
  Broadcasting Board of Governors,  )
                                    )
      Defendant.            )
_____ )

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Mary E. Peters, Secretary of the Broadcasting Board of Governors ("BBG"), by and through his undersigned counsel, respectfully moves for an enlargement of time to respond to the First Amended Complaint which was filed prior to the expiration of time for defendant to respond to the initial complaint. Specifically, defendant requests that the Court extend the deadline for filing a response from November 13, 2007 until December 11, 2007. Plaintiffs, through their counsel, graciously consent to the relief being sought in this motion. The grounds for the requested relief are set forth below.

This case, brought under the Administrative Procedure Act, 5 U.S.C. § 706, challenges the BBG's interpretation and/or application of a statutory provision allowing BBG to hire non-citizens for positions when "suitably qualified" citizens are not available. See 22 U.S.C. § 1474. The U.S. Attorney's Office was served with the action on September 11, 2007. Plaintiff filed a First Amended Complaint on November 5, 2007 adding two named plaintiffs to this purported class action. Promptly after the U.S. Attorney's Office was served, counsel with daily

responsibility for this matter contacted the BBG to obtain information and assistance. Although counsel at BBG and in the U.S. Attorney's Office have been working diligently to analyze these materials and prepare a response, matters and deadlines in other pending cases have prevented the completion of an appropriate response. In addition, counsel are considering how this somewhat unusual case should proceed, and will likely confer with plaintiffs' counsel concerning a proposed briefing schedule. Accordingly, deferring the filing of the government's answer by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This is defendant's first request for an extension of time in the case. No scheduling order has been entered and no pending deadlines will be affected by granting the extension. Allowing defendant a reasonable amount of additional time to evaluate the claims and possible defenses serves the interests of the parties and the Court. Both the Assistant United States Attorney and agency counsel assigned daily responsibility for this case have active dockets of other cases constantly generating a multitude of deadlines and matters requiring attention.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for responding to the First Amended Complaint be extended to and including December 11, 2007. A proposed order is attached.

Dated: November 9, 2007.

                                                   Respectfully submitted,

                                                   _____
                                                   JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                 United States Attorney

                                                _____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE GROSDIDIER *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>JAMES K. GLASSMAN, Chairman of the )<br>  Broadcasting Board of Governors, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-1551 (ESH) |

**ORDER**

UPON CONSIDERATION of defendant's first consent motion for an enlargement of time to respond to the First Amended Complaint in this matter, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including December 11, 2007 to respond to the first amended complaint.

_____          _____
Date                                          ELLEN SEGAL HUVELLE
                                                    United States District Judge

Copies to Counsel of Record Through ECF