UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAMILLE GROSDIDIER *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 07-1551 (ESH) |
| JAMES K. GLASSMAN, Chairman of the Broadcasting Board of Governors, | ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant James K. Glassman, Chairman of the Broadcasting Board of Governors ("BBG"), by and through his undersigned counsel, respectfully moves for an additional two days to file a response to the First Amended Complaint. Specifically, defendant requests that the Court extend the deadline for responding from December 11, 2007 until December 13, 2007. Plaintiffs, through their counsel, graciously consent to the relief being sought in this motion. The grounds for the requested relief are set forth below.

This case, brought under the Administrative Procedure Act, 5 U.S.C. § 706, challenges the BBG's interpretation and/or application of a statutory provision allowing BBG to hire non-citizens for positions when "suitably qualified" citizens are not available. See 22 U.S.C. § 1474. Plaintiff filed a First Amended Complaint on November 5, 2007 adding two named plaintiffs to this purported class action. Counsel at the BBG has provided the U.S. Attorney's Office with nearly all of the information required to respond to the First Amended Complaint, but a few

factual allegations remain to be addressed with regard to the newly-added plaintiffs, and counsel at BBG is unexpectedly out of the office due to illness. Accordingly, deferring the filing of the government's answer by a couple of more days will allow defense counsel sufficient time to confer further and satisfy the obligations attendant to filing a pleading in Court. Cf. Fed. R. Civ. P. 11.

Counsel for defendant has consulted counsel for plaintiffs regarding the filing of the administrative record and moving this case forward, and will present a proposed schedule for the Court's consideration shortly.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This is defendant's second request for an extension of time in the case. No scheduling order has been entered and no pending deadlines will be affected by granting the extension.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for responding to the First Amended Complaint be extended to and including December 13, 2007. A proposed order is attached.

Dated: December 11, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE GROSDIDIER *et al.*,                )<br>                                                           )<br>            Plaintiffs,                            )<br>     v.                                                  )<br>                                                           )<br>JAMES K. GLASSMAN, Chairman of the )<br>  Broadcasting Board of Governors,        )<br>                                                           )<br>            Defendant.                          )<br>_____) | Civil Action No. 07-1551 (ESH) |

**ORDER**

UPON CONSIDERATION of defendant's second consent motion for a two-day enlargement of time to respond to the First Amended Complaint in this matter, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including December 13, 2007 to respond to the first amended complaint.

_____                                      _____
Date                                                                    ELLEN SEGAL HUVELLE
                                                                            United States District Judge


Copies to Counsel of Record Through ECF