UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE GROSDIDIER *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> JAMES K. GLASSMAN, Chairman of the ) <br> Broadcasting Board of Governors, ) <br> ) <br> Defendant. ) | Civil Action No. 07-1551 (ESH) |

## JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS

Plaintiffs and Defendant, through their undersigned counsel, respectfully propose the following schedule for further proceedings in this case. Plaintiffs filed a First Amended Complaint on November 5, 2007, and defendant filed his answer on December 13, 2007.

Plaintiffs challenge the Broadcasting Board of Governors ("BBG")'s interpretation and/or application of a statutory provision allowing BBG to hire non-citizens for positions when "suitably qualified" citizens are not available under the Administrative Procedure Act, 5 U.S.C. § 706. See 22 U.S.C. § 1474. BBG is in the process of assembling the administrative record. Having consulted and discussed the framework for this case, counsel for the parties currently anticipate a dispute concerning the scope or sufficiency of the contents of the administrative record needing to be resolved by the Court before the merits can be reached. Accordingly, counsel respectfully propose the following deadlines:

| | |
|---|---|
| Defendant's Filing of the Administrative Record: | January 30, 2008 |
| Plaintiffs' motion to supplement the Administrative Record | February 15, 2008 |
| Defendant's opposition to Plaintiffs' motion | March 5, 2008 |

Plaintiffs' reply                                                                                     March 12, 2008.

Although counsel agree presently that filing motions on the merits should be deferred until after the Court resolves the expected dispute over the record, both parties reserve the right to file a motion for summary judgment anytime after the administrative record is filed.  In the event either side files a motion for summary judgment, counsel will consult further and propose appropriate dates for briefing at that time or notify the Court of any disagreement.

Counsel for the parties are in the process of consulting regarding a protective order for the preservation of documents by BBG with regard to particular promotion or selections which might arguably be affected by the outcome of this litigation.  Counsel are optimistic about their ability to reach an agreement on this issue and hope to present a joint protective order to the Court in the near future.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court enter the dates listed above for filing the administrative record and briefing a motion by plaintiffs challenging the record.

Dated: December 20, 2007.

Respectfully submitted,

/s/_____        _____
LESLIE D. ALDERMAN, III, Bar #477750    JEFFREY A. TAYLOR, D.C. Bar # 498610
Alderman, Devorsetz & Hora PLLC          United States Attorney
1025 Connecticut Avenue, N.W.
Suite 615                                                      _____
Washington, D.C.  20036                         RUDOLPH CONTRERAS, D.C. Bar # 434122
(202) 969-8220                                         Assistant United States Attorney
(202) 969-8224 (fax)

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8780 (fax)