UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMILLE GROSDIDIER *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> JAMES K. GLASSMAN, Chairman of the ) <br> Broadcasting Board of Governors, ) <br> ) <br> Defendant. ) | Civil Action No. 07-1551 (ESH) |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant James K. Glassman, Chairman of the Broadcasting Board of Governors ("BBG"), by and through his undersigned counsel, respectfully moves for an additional few days to file his opposition to plaintiffs' motion to supplement the administrative record. Specifically, defendant requests that the Court extend the deadline for responding from March 5, 2008 until March 11, 2008. Plaintiffs, through their counsel, graciously consent to the relief being sought in this motion. The grounds for the requested relief are set forth below.

This case, brought under the Administrative Procedure Act, 5 U.S.C. § 706, challenges the BBG's interpretation and/or application of a statutory provision allowing BBG to hire non-citizens for positions when "suitably qualified" citizens are not available. See 22 U.S.C. § 1474. Plaintiff filed a First Amended Complaint on November 5, 2007 and defendant filed the administrative record on January 30, 2008. Plaintiffs filed a motion to supplement the administrative record on February 15, 2008. See Docket Entry No. 10.

Plaintiffs' pending motion implicates the scope of this action and raises some novel issues involving their purported claims and remedies. Careful analysis of these issues at this early stage is critical to placing the case in the correct posture for judicial review. Although counsel for defendants has been working on a response to plaintiffs' motion, some additional time is needed to provide a thorough response and to coordinate with the agency. Undersigned counsel with daily responsibility for this matter has a large docket of active cases and one additional assignment that has been consuming unpredictable amounts of time recently and intermittently.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. The Court has entered a briefing schedule relating to plaintiffs' motion, and defendant respectfully suggests that the Court extend the deadline for plaintiffs' reply in support of their motion from March 12, 2008 until March 19, 2008 to attempt to avoid the need for another motion for extension of time. Because the Court has not yet entered a schedule for any further proceedings, only plaintiffs' reply deadline is implicated by defendant's current request.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing his opposition to plaintiffs' motion to supplement the administrative record be extended to and including March 12, 2008. A proposed order is attached.

Dated: March 4, 2008.

                                      Respectfully submitted,

                                      _____
                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                      United States Attorney

                                                                  _____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE GROSDIDIER *et al.*,  )<br>  )<br>          Plaintiffs,  )<br>v.  )<br>  )<br>JAMES K. GLASSMAN, Chairman of the  )<br>  Broadcasting Board of Governors,  )<br>  )<br>          Defendant.  )<br>_____) | Civil Action No. 07-1551 (ESH) |

**O R D E R**

UPON CONSIDERATION of defendant's consent motion for a one week extension of time to file his opposition to plaintiffs' motion to supplement the administrative record, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including March 12, 2008 to file his opposition to plaintiffs' motion to supplement the administrative record; and it is further

**ORDERED** that plaintiffs shall have until March 19, 2008 to file their reply.

_____                    _____
Date                                ELLEN SEGAL HUVELLE
                                    United States District Judge

Copies to Counsel of Record Through ECF