**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAMILLE GROSDIDIER,** Personally and as class representative | ) ) ) ) |
| and | ) ) |
| **JORGE BUSTAMANTE** Personally and as class representative | ) ) ) ) ) Case No. 07-cv-01551 (ESH) |
| and | ) ) |
| **CARLOS MARTINEZ** Personally and as class representative | ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| **JAMES K. GLASSMAN,** Chairman, Broadcasting Board of Governors | ) ) ) ) ) |
| Defendant | ) ) |

**PLAINTIFFS UNUPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE RULE 23.1(b) MOTION**

The Plaintiffs, by and through their undersigned counsel, hereby move the Court for an extension of time in which to file the motion required by Local Rule 23.1(b).

Plaintiffs note that this litigation is in the very early stages, and if they survive the Defendant's pending motion to dismiss, their motion to supplement the record will still be pending. The Plaintiffs also note that their ability to file the motion for certification without additional extension or procedural issues may depend on whether the Court grants the Plaintiffs' motion to supplement the Administrative Record.

The Plaintiffs did not file their Rule 23.1(b) motion, in large part, because of their counsel's (perhaps erroneous) belief that the motion had been deferred until after the dispute with respect to the sufficiency of the Administrative Record was decided. Counsel for the Plaintiff had not previously conferred with counsel for the Defendant specifically about this point because counsel for the Plaintiff assumed that the Parties' Meet and Confer Report and the Court's January 4, 2008 Order effectuating the same had the effect of deferring the Plaintiffs' Rule 23.1(b) obligation.[1]

In light of the fact that, in retrospect, there was no agreement among counsel on the timing of the Plaintiffs' Rule 23.1(b) Motion, therefore, the Plaintiffs hereby move the Court for an order deferring the deadline for the Plaintiffs to file the motion required by Local Rule 23.1(b) until thirty days following the Court's decision on the plaintiffs' motion to supplement the record, or thirty days following the Court's decision on the defendant's motion to dismiss (if the decision is to deny the motion to dismiss), whichever is later.

        Respectfully Submitted,

/s/_____
Leslie D. Alderman III (D.C. Bar No. 477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202-969-8220
Fax 202-969-8224
lalderman@adhlawfirm.com
Counsel for the Plaintiffs

---

[1] The Parties' meet and confer statement indicated, in pertinent part, "Although counsel agree presently that filing motions on the merits should be deferred until after the Court resolves the expected dispute over the record, both parties reserve the right to file a motion for summary judgment anytime after the administrative record is filed."

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE GROSDIDIER,<br>Personally and as class representative<br><br>and<br><br>JORGE BUSTAMANTE<br>Personally and as class representative<br><br>and<br><br>CARLOS MARTINEZ<br>Personally and as class representative<br><br>      Plaintiffs<br><br>v.<br><br>JAMES K. GLASSMAN,<br>Chairman, Broadcasting Board of Governors<br><br>      Defendant | Case No. 07-cv-01551 (ESH) |

## ORDER

In light of the Plaintiff's Unopposed Motion For Extension of Time to File their Rile 23.1 Motion, it is hereby ordered that Plaintiffs shall file the motion required by Local Rule 23.1(b) within thirty days following the Court's decision on the plaintiffs' motion to supplement the record, or thirty days following the Court's decision on the defendant's motion to dismiss (if the decision is to deny the motion to dismiss), whichever is later.

So Ordered this Day, _____, 2008.

                   _____

                   District Court Judge Huvelle