**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CAMILLE GROSDIDIER,** | ) | |
| **Personally and as class representative** | ) | |
|  | ) | **Case No. 07-cv-01551 (ESH)** |
| **and** | ) | |
|  | ) | |
| **JORGE BUSTAMANTE** | ) | |
| **Personally and as class representative** | ) | |
|  | ) | |
| **and** | ) | |
|  | ) | |
| **CARLOS MARTINEZ** | ) | |
| **Personally and as class representative** | ) | |
|  | ) | |
| **Plaintiffs** | ) | |
|  | ) | |
| **v.** | ) | |
|  | ) | |
| **JAMES K. GLASSMAN,** | ) | |
| **Chairman, Broadcasting Board of** | ) | |
| **Governors** | | |

**Defendant**

**NOTICE OF APPEAL ON BEHALF OF ALL PLAINTIFFS, PERSONALLY AND**
**ON BEHALF OF THE PUTATIVE CLASS**

Notice is hereby given this day, June 9, 2008, that each Plaintiff, Camille Grosdidier, Carlos Martinez and Jorge Bustamante, personally and on behalf of the putative class they seek to represent, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment of this Court entered on April 22, 2008 in favor of the Defendant, James K. Glassman, Chairman of the Broadcasting Board of Governors.

Respectfully Submitted,

_____
/s/ Leslie D. Alderman III (D.C. Bar No. 477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
202-969-8220 (tel.)
202-652-2451 (direct)
202-969-8224 (fax)
lalderman@adlawfirm.com

Attorney for Plaintiffs and Class